THOMAS E. FRANKOVICH (State Bar #074414)
AMANDA LOCKHART (State Bar #289900)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
702 Mangrove Ave., #304
Chico, CA 95926
Telephone: (415) 389-8600
Email: tfrankovich@disabilitieslaw.com
       alockhart@disabilitieslaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>    Plaintiff,<br>v.<br><br>NORD MARKET, *et al.*<br><br>    Defendants. | CASE NO. 2:17-cv-01130-JAM-CMK<br><br>**ORDER GRANTING PLANTIFF'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>**Date:**  October 11, 2017<br>**Time:**  10:00 a.m.<br>**Crtm:**  304, 3rd (Redding)<br><br>**Hon. Craig M. Kellison** |

This Court has reviewed Plaintiff's request to appear telephonically and, for good cause shown, hereby grants the request. Plaintiff's attorney shall arrange the telephonic appearance through CourtCall.

**IT IS SO ORDERED.**

Dated: October 3, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE