# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>    Plaintiff,<br>v.<br><br>NORD MARKET, *et al.*<br><br>    Defendants. | **CASE NO.** 2:17-cv-01130-JAM-CMK<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR AN EXTENSION PURSUANT TO LOCAL RULE 144(c)**<br><br>**Magistrate Judge Craig M. Kellison** |

Having reviewed Plaintiff's (ex parte) Request and the Declaration in support thereof, and for good cause shown, the Court hereby GRANTS the Request. Plaintiff shall have up to and including December 1, 2017, to provide supplemental authority in support of the requested fees.

**IT IS SO ORDERED.**

**Dated: October 27, 2017**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE